IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20052
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMCEY THEOPHUS HAMP,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-619-ALL
--------------------
August 6, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ramcey Theophus Hamp appeals his guilty-plea conviction for being a felon in possession of a firearm possessed in and affecting interstate commerce, in violation of 18 U.S.C.§§ 922(g)(1) and 924(a)(2). He contends that the factual basis to which he pleaded was insufficient to support the interstate commerce element of a § 922(g)(1) offense and that this court should reconsider its jurisprudence regarding the constitutionality of § 922(g)(1) in light of Jones v. United States, 529 U.S. 848 (2000), and United States v. Morrison, 529 U.S. 598 (2000).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

"This court has repeatedly emphasized that the constitutionality of § 922(g)(1) is not open to question." See United States v. De Leon, 170 F.3d 494, 499 (5th Cir.), cert. denied, 528 U.S. 863 (1999). The cases cited by Hamp are distinguishable and do not affect this determination. Consequently, the judgment of the district court is AFFIRMED.